RECEIVED

NOV 26 2018

AT 8:30_____M
WILLIAM T. WALSH, CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| v. | : | Crim. No. 18- 706 |
| JASON RIVERA | : | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about January 20, 2018, in Passaic County, in the District of New Jersey and elsewhere, the defendant,

JASON RIVERA,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in Bronx County Supreme Court, New York, did knowingly possess, in and affecting interstate commerce, a firearm, namely an IWI 5.56mm Model Tavor SAC, bearing serial number T0029961.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
F[REDACTED]

_Craig Carpenito_
CRAIG CARPENITO
United States Attorney

**CASE NUMBER:** 18-706 (McA)

# United States District Court
# District of New Jersey

# UNITED STATES OF AMERICA

v.

# JASON RIVERA

# INDICTMENT FOR
18 U.S.C. § 922(g)(1)

A True Bill,

███████████
Foreperson

**CRAIG CARPENITO**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

ANDREW MACURDY
*ASSISTANT U.S. ATTORNEY*
(973) 297-2020

USA-48AD 8
(Ed. 1/97)